CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

BRANDON MOORE (MDBN 1312180261)
ANUPAM DHILLON (CABN 324746)*
*Specially Appearing for Purposes of the July 9, 2026 Detention Hearing
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6471
    brandon.moore@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:26-CR-00300-YGR-1 (ASK) |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| CORDAE VARTEK HARRIS, | |
| Defendant. | |

On June 18, 2026, defendant Cordae Vartek Harris was charged by indictment with being a felon in possession of a firearm and ammunition, in violation of Title 18 United States Code Section 922(g)(1).

This matter came before the Court on July 9, 2026 for a detention hearing. The defendant was present and represented by Joyce Leavitt. Assistant United States Attorney Anupam Dhillon appeared for the government and on behalf of Assistant United States Attorney Brandon Moore. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of

DETENTION ORDER
4:26-CR-00300-YGR-1 (ASK)

1

conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: In this case, the government alleges that, on April 4, 2026, the defendant possessed a firearm while he was in the passenger seat of a vehicle that had crashed into a building. In addition to this federal case, the defendant is charged in state court for robbing an individual and shooting that individual in the leg during a March 20, 2026 incident. The evidence in the state case consists of, *inter alia*, the victim's identification of the defendant as the shooter. During the detention hearing, the government proffered that, based on a National Integrated Ballistic Information Network ("NIBIN") query, the firearm recovered from the defendant in this case is linked to the bullet casing recovered from the scene of the March 20th shooting and robbery, adding to the evidence that the defendant was the shooter in that incident. Additionally, the government proffered that the vehicle of the shooter in the March 20, 2026 was linked to Mr. Harris.

Further, the government proffered that the same NIBIN query shows that the firearm recovered from the defendant is linked to a bullet casing recovered from a second shooting incident that occurred during the early morning hours of April 4, 2026, hours before law enforcement recovered the firearm from the defendant's person while he was sitting in the crashed vehicle.

These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the

DETENTION ORDER                                         2
4:26-CR-00300-YGR-1 (ASK)

defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED:  July 9, 2026

_____
HONORABLE AJAY S. KRISHNAN
United States Magistrate Judge

DETENTION ORDER                              3
4:26-CR-00300-YGR-1 (ASK)